

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00531-CV

**IN THE INTEREST OF I.M., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00828
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed the Order of Termination on March 22, 2022, making the notice of appeal due on April 11, 2022. *See* Tex. R. App. P. 26.1(b). A notice of appeal was filed on August 19, 2022. Therefore, it appears that this Court lacks jurisdiction over this appeal. It is therefore ORDERED that Appellant(s) show cause in writing, **no later than October 3, 2022**, why this appeal should not be dismissed for lack of jurisdiction. If Appellant(s) fail to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(c).

Furthermore, on August 29, 2022, the clerk's record in this appeal was filed. The notice of appeal, which appears to be drafted by a *pro se*, is defective in several ways, most importantly in that it does not state the date of the judgment or order appealed from and does not identify the appellant(s). Texas Rule of Appellate Procedure 25.1(d) sets forth the required contents of a notice of appeal. The notice of appeal in this case does not comply with Rule 25.1(d) because it does not:

. . .

(2) state the date of the judgment or order appealed from;
(3) state that the party desires to appeal;
(4) state the court to which the appeal is taken . . .;;
(5) state the name of each party filing the notice;
(6) in an accelerated appeal, state that the appeal is accelerated and state whether it is a parental termination or child protection case, as defined in Rule 28.4;
(7) in a restricted appeal:
    (A) state that the appellant is a party affected by the trial court's judgment but did not participate--either in person or through counsel--in the hearing that resulted in the judgment complained of;
    (B) state that the appellant did not timely file either a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal; and

(C) be verified by the appellant if the appellant does not have counsel.
(8) state, if applicable, that the appellant is presumed indigent and may proceed without paying costs under Rule 20.1.

TEX. R. APP. P. 25.1(d). Therefore, on September 1, 2022, this Court ordered Appellant(s) to file an amended notice of appeal on or before September 11, 2022. To date, no amended notice of appeal has been filed.

All other appellate deadlines are suspended until further order of this Court.

It is so **ORDERED** September 23, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT